

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mashiyev Ashraf | **Civil Action No.** 26-cv-01669-BAS-BLM |
| **Petitioner,** | |
| **V.** | |
| Christopher LaRose | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Hearing held on 4/24/2026. For the reasons stated on the record, the Petition is denied without prejudice.

**Date:**        4/24/26        

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams        

M.Williams, Deputy